D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for plaintiff
IO GROUP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DOES 1-138, individuals,<br><br>Defendants. | CASE NO. 10-4381 (HRL)<br><br>DECLARATION OF MICHAEL EICHNER IN SUPPORT OF PLAINTIFF IO GROUP, INC.'S NOTICE MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE |

I, Michael Eichner, declare:

1. I am Co-Owner and Chief Developer of Media Protector International GmbH and have been for the last three (3) years.

2. Media Protector International GmbH is a technology company specializing in peer-to-peer (P2P) content detection and user identification. Io Group, Inc. engaged Media Protector International GmbH to locate infringing copies of its works on the P2P network eDonkey2000

(eD2K) and to identify the IP addresses from which infringing copies of its works are being distributed.

3. The follow represents a brief outline of my education and professional experience:

Name: Michael Eichner

Born: 28 of May 1976

1996 - Qualification A-level

1996 - 2002: University of Applied Sciences

2002 - University Degree for "Computer Science"

1997 - 2007 - CEO and Chief Developer of "WebPhalanx" (Computer Network Technologies / Internet and New Media Services)

2002-2007 - Head of Development "Databased E-Learning" at Augsburg University

2007 - present - Founder, Co-Owner, Chief Developer of Media Protector GmbH

2008 - present - Co-Owner+ Chief Developer of Media Protector International GmbH

4. In my role as Chief Developer of Media Protector International GmbH, I am in charge of our proprietary software technology "FILEWATCH".

5. I have a strong understanding of P2P technology, a method by which users (peers) may download to their computers software which allows them to locate and transfer files to and from other users/peers. In order to use the software to locate and exchange files, a user/peer must be connected to the Internet.

6. Individuals gain access to the Internet through an Internet service provider (ISP). When an ISP provides Internet access to a subscriber, it does so through a modem located at the subscriber's home or office. Each time the subscriber accesses the Internet, the ISP provides a unique number to the subscriber called an Internet protocol address. This is somewhat akin to a

telephone number. The IP address for a subscriber may stay the same (a static ip address) or it may change from time to time (a dynamic ip address). Most ISPs record the times and dates each IP address is assigned to a subscriber.

7. P2P technology relies on the ability to identify the computers to and from which files are being searched and exchanged. The software used by peers identifies the computers of other peers via the IP address the peer's computer is using to connect to the Internet. In this manner, Media Protector International GmbH used its own proprietary software technology FILEWATCH to identify the IP addresses of individuals who were connected to the Internet. The IP addresses have been logged by MPI because they have been used for distributing unauthorized copies of Io Group's works to others by and through the eD2K network. In all cases test downloads have been conducted by MP in order to provide conclusive evidence of the fact that the logged IP addresses de facto uploaded Io Group copyrighted works to others by and through the eD2K network. Neither eD2K server nor usual eD2K clients are able to recognize FILEWATCH as not being a regular eD2K client. Media Protector International GmbH recorded the exact date and time individuals used various IP addresses to access the Internet to make the files available.

8. Media Protector International GmbH first identified files available on the eD2K network that might contain Io Group works, by searching for titles and key words related to Io Group's works. Then Media Protector International GmbH downloaded those files and compared the content of the files with Io Group's works. Once a unique file was confirmed to be an Io Group work, Media Protector International GmbH searched for individuals distributing that unique file on the eD2K network.

9. When Media Protector International GmbH detected an individual offering a file previously verified to be an Io Group file, Media Protector recorded the IP address and the exact

date and time the individual distributed the file. I have reviewed the Complaint filed in this matter and the information therein correctly reflects the information Media Protector International GmbH recorded and provided to Io Group.

10. In my experience, Internet service providers maintain subscriber activity logs indicating which of its subscribers were assigned an ip address at any given date and time, but only maintain subscriber activity logs for a short period of time before destroying the information contained in the logs.

11. I am aware of no reliable means for identifying the DOE Defendants in this matter other than obtaining subscriber information for IP addresses associated with the infringing activity from Internet service providers.

12. Anyone can perform a simple search on public databases to determine which Internet access provider controls a specific ip address. For example, ISP ABC may control all IP addresses between 12.345.678.001 and 12.345.678.900. If a user accesses the Internet using the IP address 12.345.678.050, than ISP ABC provides Internet access for that user.

13. Verizon Online, LLC controls all of the IP addresses identified in the Complaint in this action.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 2010/10/04

MICHAEL EICHNER
Media Protector International GmbH