```
1  D. GILL SPERLEIN (172887)
   THE LAW OFFICE OF D. GILL SPERLEIN
2  584 Castro Street, Suite 879
3  San Francisco, CA  94114
   Telephone: (415)404-6615
4  Facsimile: (415) 404-6616
5  gill@sperleinlaw.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Io Group, Inc.,

        No. C 10-4381 (HRL)

    Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

    v.

Does 1- 138,

    Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 25, 2010

Signature: /s/ D. Gill Sperlein

Counsel for Plaintiff, Io Group, Inc.
(Plaintiff, Defendant, or indicate "pro se")

Io Group, Inc. v. Does 1-138
C-10-4381 (HRL)