1  D. GILL SPERLEIN (172887)
   THE LAW OFFICE OF D. GILL SPERLEIN
2  584 Castro Street, Suite 879
3  San Francisco, California 94114
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
5  gill@sperleinlaw.com

6  Attorney for Plaintiff
7  IO GROUP, INC.

8
                  **UNITED STATES DISTRICT COURT**
9                 **NORTHERN DISTRICT OF CALIFORNIA**
10                       **OAKLAND DIVISION**

11                                      )
                                        ) **CASE NO.: C-10-4381 (CW)(DMR)**
12                                      )
13 IO GROUP, INC. d/b/a TITAN           ) **ORDER EXTENDING PLAINTIFF**
   MEDIA, a California corporation,     ) **IOGROUP INC'S TIME TO SERVE DOE**
14                                      ) **DEFENDANTS AND RESETING CASE**
15     Plaintiff,                       ) **MANAGEMENT CONFERENCE**
              vs.                       )
16 DOES 1-138, individuals,             )
17                                      )
       Defendants.                      )
18                                      )
19                                      )
   _____      )
20

21      Plaintiff has made an administrative request to the Court seeking an extension of
22 time to serve Summonses and Complaints on the Doe Defendants.  The Court finds that
23
24 Plaintiff promptly subpoenaed relevant subscriber information from the Does' Internet
25 Service Provider Verizon Internet.  Verizon informed Plaintiff that it is unable to provide
26 the requested information until approximately May 31, 2011.  The delay in receiving
27
28

---

subscriber information from Verizon provides good cause for extending the time to serve the Doe Defendants.

**IT IS ORDERED THAT**, Plaintiff shall have until September 28, 2011 to serve the Doe Defendants; **Plaintiff must serve each individual Defendant within 120 days of learning its identity.**

**IT IS FURTHER ORDERED THAT**, the Case management Conference previously scheduled for December 7, 201**0** is reset for October 4, 2011 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:___12/6/2010_____           _____
                                    CLAUDIA WILKEN,
                                    UNITED STATES DISTRICT JUDGE