UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 9 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO.: C-10-04381-CW (DMR) |
| Plaintiff, | REPLY TO COURT'S ORDER: |
| vs. | 1. TO SHOW CAUSE WHY DEFENDANT S.P.'s MOTION TO QUASH IS NOT UNTIMELY, AND STAYS IN COMPLIANCE WITH SUBPOENA, AND |
| Does 1-138 | |
| Defendants. | 2. TO FILE WITH THE COURT AND TO SERVE ON THE PLAINTIFF A COPY OF THIS DOCUMENT AND THE IP ADDRESS OF DEFENDANT S.P. |

1. On December 15, 2010, defendant S.P. received a first- class letter by US mail from Verizon Legal Compliance. This letter was forwarded from defendant S.P.'s previous address. The letter contained:

   A. a notice dated **November 30, 2010** informing the defendant S.P. of the issuance of subpoena from plaintiff IO Group seeking disclosure of defendant S.P.'s identity
   B. a copy of the Order Granting Plaintiff's Request for Leave to Take Early Discovery, filed in the U.S. District Court, Northern District of California.
   C. a copy of a subpoena filed in the U.S. District Court for the Northern District of Texas

A true and accurate copy of these documents as received by S.P. is attached as an exhibit to this explanation.

Verizon's notice stated that a motion to quash had to be **filed within 30 days from the date of the notice, November 30, 2010** (see exhibit page 1). Defendant S.P. has reasonably assumed that Verizon is within compliance with this court's required deadlines. As acknowledged by this court, defendant S.P.'s Motion to Quash was filed on December 30, 2010.

2. Defendant S.P. has submitted his/her IP address in the attached document (see exhibit page 2), and has SERVED on the Plaintiff's counsel a copy of this explanation and defendant S.P.'s IP address. Identifying information was redacted.

Dated: January 17, 2011

S▮▮▮▮▮ P▮▮▮▮▮

Sharlene Kent 1/18/11
State of DE
County of Newcastle



SHARLENE KENT
Notary Public
State of Delaware
My Commission Expires on May 4, 2012

IO GROUP, INC.

    Plaintiff,

Case Number: CV10-04381 DMR
**CERTFICATE OF SERVICE**

Vs

Does 1-138
    Defendant,

---

I, S████ P████ the undersigned, certify that *on* January 17, 2011, I SERVED a true and accurate copy of the documents attached, Reply to the Court's Order Re Show Motion to Quash Should not be Denied, and my IP address, by placing said copy in a postage paid envelope addressed to the Plaintiff's opposing counsel, name and address listed below, and deposited said envelope in the U.S. Mail.

The Law Office of D. Gill Sperlein,
584 Castro Street, Suite 879,
San Francisco, CA 94114

S████ P████

Sharlene Kent 1/15/11
State of DE
County of Newcastle

SHARLENE KENT
Notary Public
State of Delaware
My Commission Expires on May 4, 2012

**November 30, 2010**

**READ AT ONCE**

**COURT-DIRECTED NOTICE
REGARDING ISSUANCE OF SUBPOENA
SEEKING DISCLOSURE OF YOUR IDENTITY**

Verizon Online, as your Internet Service Provide, recently received a legal document called a subpoena. Absent action by you, the subpoena requires us to disclose your name, address and other information. The subpoena was issued pursuant to a Court Order in a lawsuit pending in the United States District Court for the Northern District of California.

The Plaintiffs have filed a lawsuit alleging that various people have perhaps infringed their copyrights by illegally downloading and/or distributing a movie. However, the Plaintiffs do not know the actual names or addresses of these people – only the Internet Protocol address ("IP address") of the computer associated with the allegedly illegal activity.

Accordingly, Plaintiffs have filed lawsuits against so-called anonymous "John Doe" defendants and issued subpoenas to determine the identity of these people (the so-called "John Does." The Plaintiffs have asked us to disclose your identification information to them, including your name, current (and permanent) addresses, and your email address and Media Access Control number. Enclosed is a copy of the subpoena seeking your information and the exhibit page containing the IP address that has been associated with your computer and showing the date and time you are alleged to have used the Internet to download or upload the particular movie. (The plaintiffs will have to prove that you illegally used the internet to download or upload the particular movie. We do not have records that would prove or disprove that fact; we simply have records that show that an IP address was assigned to a specific customer at a specific time. It may be that someone else, for a variety of reasons, was using the IP address).

This is a civil lawsuit, not a criminal case. You have not been charged with any crime. If the Plaintiffs receive your information from your Internet Service Provider, you will likely be added as a named defendant to their lawsuit.

**INFORMATION ABOUT YOU HAS NOT YET BEEN DISCLOSED,
BUT IT WILL BE DISCLOSED IN 30 DAYS IF YOU DO NOT
CHALLENGE THE SUBPOENA.**

Your identifying information has not yet been disclosed to the Plaintiffs.

This notice is intended to inform you of some of your rights and options. It does not provide legal advice. We cannot advise you about what grounds exist, if any, to challenge this subpoena. If you would like legal advice you should consult an attorney. Within this notice you will find a list of resources that may help you locate an attorney and decide how to respond to the subpoena or lawsuit

If you want to prevent being identified, you have 30 days from the date of this notice to file a motion to quash or vacate the subpoena and notify Verizon Online that you have done so. You must also notify your ISP. If you need more than 30 days to file such a motion or find a lawyer to assist you, you can file a motion asking for an extension of time; you should notify

Verizon Online if you file a motion asking for more time. The appropriate address to send such notices to Verizon is:

**Verizon Legal Compliance**
**Custodian of Records**
**P.O. Box 1001**
**San Angelo, TX 76902**

*Fax Number:* 325-949-6916

If you provide us with notice that you filed a motion to quash the subpoena, your identity will not be disclosed until the court makes a decision on your motion. If you do nothing, then after 30 days we are compelled to send the Plaintiff your name, address, email address, telephone number, and your modem's Media Access Control number.

You may wish to obtain an attorney to advise you on these issues or to help you take action.

To help you find a lawyer, the American Bar Association's attorney locator can be found on the Internet at http://www.abanet.org/lawyerlocator/searchlawyer.html

The Electronic Frontier Foundation is an organization that seeks to protect the rights of Internet users. They have created a website that lists attorneys who have volunteered to consult with people in your situation and contains further information about the lawsuit that has been filed against you as well as similar lawsuits:

https://www.eff.org/issues/file-sharing/subpoena-defense

If you are interested in discussing this matter with the Plaintiff's attorneys, you may contact them by telephone at 415-404-6615, by email at gill@sperleinlaw.com. But please understand that these lawyers represent the company that is trying to sue you. They can speak with you about settling the lawsuit, if you wish to consider that. At the same time, you must be aware that if you contact them they may learn your identity, and that anything you say to them can later be used against you in court.

You should not call the Court.

Again, you may wish to retain an attorney to discuss these issues and your options.


S_____ P_____


173.49.157.78   06/13/2010 01:44:04 UTC

From: D. Sperlein    Fax: +1 (415) 404-6616    To: Verizon Legal Compliance Fax: +1 (325) 949-6916    01/19/11 Page 6 of 8 01/05/2010 1:08

Case4:10-cv-04381-CW   Document31   Filed01/19/11   Page6 of 8

AO 88B (Rev. 01/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| IO GROUP, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. C-10-4381 (CW)DMR |
| DOES 1 - 138 | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Northern District of California |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES

To: Verizon Legal Compliance    P.O. Box 1001, MC-TXD01613, San Angelo, TX   76902
VIA Fax:  325-949-6916

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Documents sufficient to identify the names, addresses, telephone numbers, and e-mail addresses for your subscribers assigned ip addresses identified on Attachment A on the corresponding dates and times.

| Place: The Law Office of D. Gill Sperlein     ph: 415-404-6615 | Date and Time: |
|---|---|
| 584 Castro Street, Suite 879     fx: 415-404-6616 | December 31, 2010 at 5:00 pm PCT |
| San Francisco, CA  94114     gill@sperleinlaw.com | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/15/2010

                    CLERK OF COURT                                  OR      *[signature]*
           _____                           _____
           Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiff, Io Group, Inc. _____, who issues or requests this subpoena, are:

The Law Office of D. Gill Sperlein     ph: 415-404-6615
584 Castro Street, Suite 879               fx: 415-404-6616
San Francisco, CA  94114                   gill@sperleinlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-10-04381-CW (DMR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO TAKE EARLY DISCOVERY** |
| v. | |
| DOES 1-138, | |
| Defendants. | |

Plaintiff has filed an administrative request seeking leave to take discovery prior to the Rule 26 conference. *See* Docket No. 4. On November 2, 2010, the resolution of this matter and all further discovery motions were referred to this Court. Having considered Plaintiff's papers and accompanying submissions, the Court hereby **GRANTS** the administrative request on the grounds that Plaintiff has demonstrated good cause to take early discovery. *See Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 276 (N.D. Cal. 2002). Specifically, Plaintiff has shown that limited discovery of basic identifying information is necessary to permit Plaintiff to effect service on the Doe defendants. *See Columbia Ins. Co. v. seescandy.com*, 185 F.R.D. 573, 577-580 (N.D. Cal. 1999) (identifying safeguards to ensure that a plaintiff is not seeking early discovery to harass or intimidate defendants).

From: D. Sperlein  Fax: +1 (415) 404-6618  To: Verizon Legal Compliance Fax: +1 (325) 949-6806  Page 5 of 8  01/19/11 11:08
Case4:10-cv-04381-CW  Document31  Filed01/19/11  Page5 of 8
Case4:10-cv-04381-CW  Document14  Filed11/09/10  Page2 of 2

For the reasons stated by Judge Illston in her order in *Io Group, Inc. v. Does*, No. C 10-03851 SI, slip. op. at 4-5 (N.D. Cal. Sept. 23, 2010), the Court deems it unnecessary to make any statement regarding compliance with the Cable Communications Policy Act, 47 U.S.C. § 551. *See also UMG Recordings, Inc. v. Does*, No. 06-0652 SBA (EMC), 2006 U.S. Dist. LEXIS 32821, at *10-11 (N.D. Cal. Mar. 6, 2006). Regardless of whether the Act applies, Verizon Online, LLC ("Verizon") shall be required to provide notice to the subscribers, and the discovery provided shall be limited within the parameters allowed under the Act, as follows:

Plaintiff is granted leave to serve the proposed subpoena attached as Exhibit A to Plaintiff's administrative request upon Verizon. Verizon, in turn, shall serve a copy of the subpoena and a copy of this Order upon its relevant subscribers within five days of its receipt of the subpoena. The subscribers shall then have 15 days from the date of service upon them to file any objections with this Court. If that 15-day period elapses without a subscriber filing an objection or a motion to quash, Verizon shall have 10 days after said lapse to produce the information to Plaintiff pursuant to the subpoena.

IT IS SO ORDERED.

Dated: November 9, 2010



DONNA M. RYU
United States Magistrate Judge

2