IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DOES 1-138,<br><br>    Defendants.<br>_____/ | No. C 10-04381 CW<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT S.P.'S MOTION TO DISMISS AND REFERRING DEFENDANT S.P.'S MOTION FOR PROTECTIVE ORDER TO MAGISTRATE JUDGE RYU |

    On December 30, 2010, Defendant S.P. filed a motion to dismiss for lack of personal jurisdiction.  Plaintiff IO Group, Inc.'s opposition to S.P.'s motion shall be due February 23, 2011.  S.P.'s reply, if necessary, shall be due March 4, 2011.  S.P.'s motion to dismiss will be taken under submission on the papers.

    S.P.'s motion for a protective order, also filed December 30, 2010, is referred to Magistrate Judge Donna Ryu.  S.P. and Plaintiff will be advised of the date, time and place of appearance by notice from Magistrate Judge Ryu.

Dated: 2/10/2011

                                    CLAUDIA WILKEN
                                    United States District Judge

cc: Sue, DMR