UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC,

        Plaintiff,

  v.

DOES 1-138,

        Defendant.

Case Number: CV10-04381 DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2011, I SERVED a true and correct copy of the Order Denying Motion to Quash and Setting Briefing Schedule on Motion for Protective Order, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

S.P.
(Document mailed to defendant pro se's forwarding address)

Dated: February 11, 2011

                                        Richard W. Wieking, Clerk

                                        By: Ivy Garcia, Deputy Clerk