D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br>DOES 1-138 individuals,<br><br>Defendants.<br>_____ | **CASE NO.: C-10-4381 (CW)(DMR)**<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 2, 3, 9, 16, 19, 20, 21, 26, 29, 34, 40, 41, 44, 53, 56, 57, 60, 67, 72, 73, 82, 84, 88, 89, 92, 94, 95, 97, 98, 101, 102, 104, 107, 110, 120, 121, 127,  and 138 from the above-captioned action with prejudice.

Dated: *March 1, 2011*           Respectfully submitted,

                                 */s/ D. Gill Sperlein*
                                 _____
                                 D. GILL SPERLEIN
                                 Attorney for Plaintiff IO GROUP, INC.