D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

|  |  |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, | CASE NO.: C-10-4381 (CW)(DMR) |
| Plaintiff, | **NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | **FRCP 41(a)** |
| DOES 1-138 individuals, |  |
| Defendants. |  |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 1, 11, 13, 15, 23, 27, 30, 42, 43, 52, 65, 71, 76, 78, 86, 93, 99, 105, 117, 118, 124, 126, and 137 from the above-captioned action *without* prejudice.

Dated: *March 1, 2011*           Respectfully submitted,

                                 */s/ D. Gill Sperlein*
                                 _____
                                 D. GILL SPERLEIN
                                 Attorney for Plaintiff IO GROUP, INC.