OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**            1301 CLAY STREET, SUITE 400S
       **CLERK**                        OAKLAND, CALIFORNIA 94612-5212

                                                (510) 637-3530

March 8, 2011

Tianpeng Wu
18001 Richmond Place Dr., Unit 1116
Tampa, Florida 33647

    Re:  C 10-4381 CW, <u>IO Group, Inc.  v.  Does 1-138</u>

Dear Sir:

    The enclosed document(s) you have attempted to file under seal in IO Group, Inc. v. Does 1-138, Case #: C 10-4381 CW are being returned to you.  If you wish to file documents under seal, you must follow Northern District Civil Local Rule 79-5.

                                              Very truly yours,



                                              Deputy Clerk

encl(s)