United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   IO GROUP, INC,                          No. C-10-04381-CW  (DMR)

12              Plaintiff(s),               **ORDER TAKING DEFENDANT S.P.'S
                                            MOTION FOR PROTECTIVE ORDER
13        v.                                UNDER SUBMISSION WITHOUT
                                            ORAL ARGUMENT**
14    DOES 1-138,

15              Defendant(s).
     _____/
16

17        Defendant S.P.'s Motion for a Protective Order (Docket No. 20) was referred to this Court

18   on February 10, 2011.  The motion has been fully briefed and the Court finds that the matter is

19   appropriate for resolution without oral argument pursuant to Local Civil Rule 7-1(b).  The Court will

20   issue a written order on the motion.

21

22        IT IS SO ORDERED.

23

24   Dated:  March 17, 2011

25                                          _____
                                            DONNA M. RYU
26                                          United States Magistrate Judge

27

28