D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br>             vs.<br>DOES 1-138 individuals,<br><br>    Defendants. | **CASE NO.: C-10-4381 (CW)(DMR)**<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 5, 47, and 128 from the above-captioned action *without* prejudice.

Dated: *April 21, 2011*                    Respectfully submitted,

                                           */s/ D. Gill Sperlein*
                                           _____
                                           D. GILL SPERLEIN
                                           Attorney for Plaintiff IO GROUP, INC.