IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

        Plaintiff,

  v.

DOES 1-138,

        Defendants.
                                   /

No. C 10-04381 CW

ORDER DISMISSING CLAIMS AND CLOSING CASE

    Plaintiff IO Group, Inc., has discovered that non-party S.P. is the Internet service subscriber connected to the IP address associated with Doe Defendant 10. On August 11, 2011, the Court directed Plaintiff to decide whether to name S.P. as a Defendant and that, if it chose to do so, to amend its complaint within seven days of August 11, 2011. The Court warned Plaintiff that, if it failed to respond, its claims against Doe 10 would be dismissed for failure to prosecute.

    Plaintiff did not respond. Accordingly, Plaintiff's claims against Doe 10 are dismissed without prejudice for failure to prosecute. No other claims remain in this action. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: 8/22/2011

CLAUDIA WILKEN
United States District Judge